**THIS ORDER IS APPROVED.**

Dated: August 18, 2016



_Brenda Moody Whinery, Bankruptcy Judge_
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STANLEY EARL FLEMING and TAMMY GAYLE FLEMING,<br><br>Debtors. | (Chapter 7 Case)<br><br>No. 4:15-bk-07166-BMW<br><br>**ORDER APPROVING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH CREDIT ACCEPTANCE CORP.**<br><br>Fed.R.Bankr.P. Rule 9019 |

After thorough consideration of the Motion to Approve Settlement with Credit Acceptance Corp. ("**CAC**") ("**Motion**") filed by Stanley J. Kartchner, Trustee, and good cause appearing therefor;

**THE COURT FINDS** that settlement is in the best interest of the Estate, that the settlement has been duly noticed, with no objections having been received and all other requirements of Fed.R.Bankr.P. Rule 9019 having been satisfied;

**IT IS HEREBY ORDERED** approving Trustee's Motion and authorizing Stanley J. Kartchner, Trustee, to accept the sum of $6,000.00 ("**Settlement Amount**") as full and complete settlement of the Estate's claim as more detailed in Trustee's Motion dated July 18, 2016 [DE. No. 25];

**IT IS FURTHER ORDERED** directing CAC to remit the Settlement Sum on or before ten (10) days of the date of the entry of this Order approving the Motion;

**IT IS FURTHER ORDERED** authorizing CAC to retain the post-petition payments made on the Vehicle; and

**IT IS FURTHER ORDERED** that upon receipt of the Settlement Amount and the entry of this Order, the Trustee shall file a Notice of Dismissal with Prejudice in the adversary proceeding pending at 4:16-ap-00202-BMW.

**DATED AND SIGNED ABOVE**